Honorable Samuel J. Steiner

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

MICHAEL R. MASTRO,

        Debtor.

BANKRUPTCY NO. 09-16841 (Ch. 7)

---

JAMES F. RIGBY, JR., Trustee, solely in his capacity as Chapter 7 trustee of the bankruptcy estate of Michael R. Mastro,

        Plaintiff,

    v.

THOMAS R. HAZELRIGG, III; SCOTT G. SWITZER and CHERI A. SWITZER, husband and wife, and the marital community composed thereof; CENTURION FINANCIAL GROUP, LLC, a Washington limited liability company; FOUNDATION MANAGEMENT, INC., a Washington corporation; KEN SATO, and his marital

ADVERSARY CASE NO. 10-01134-SJS

NOTICE OF LIS PENDENS

NOTICE OF LIS PENDENS - 1
Adversary Case No. 10-01134-SJS

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

| | |
|---|---|
| 1 | community; JON ERIC de GOOYER and JANE DOE de GOOYER, husband and wife, and the marital community composed thereof; THOMAS R. HAZELRIGG, IV and JANE DOE HAZELRIGG 1, husband and wife, and the marital community composed thereof; NICOLE HAZELRIGG KELLY and JOHN DOE KELLY, wife and husband, and the marital community composed thereof; AARON J. HAZELRIGG and JANE DOE HAZELRIGG 2, husband and wife, and the marital community composed thereof; DANIELLE SMITH, an unmarried individual; TRH LENDERS, LLC, a Washington limited liability company; ANT ONE, LLC, a Washington limited liability company; MILTON LENDERS, LLC, a Washington limited liability company; CENTURION PACIFIC, LLC, a Delaware limited liability company; CENTURION PROPERTIES, LLC, a New Mexico limited liability company; CENTURION SOUTHWEST, LLC, a Delaware limited liability company; CENTURION BROADBENT, LLC; PACIFIC FUNDING GROUP, LLC, a Washington limited liability company; and REVEST, LLC, a Washington limited liability company, |
| | Defendants. |

NOTICE IS HEREBY GIVEN that counsel for plaintiff James F. Rigby, Jr., Chapter 7 Trustee of the bankruptcy estate of Michael R. Mastro, caused

NOTICE OF LIS PENDENS - 2
Adversary Case No. 10-01134-SJS

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

the Lis Pendens attached hereto as Exhibit A to be recorded in the King County Recorder's Office on Friday, April 23, 2010, under King County Recording No. 20100423000305.

DATED this 23rd day of April, 2010.

HALL ZANZIG CLAFLIN
McEACHERN PLLC


By  /s/ Spencer Hall
   Spencer Hall, WSB No. 6162
   Janet D. McEachern, WSB No. 14450
   W. Scott Zanzig, WSB No. 17571

   Attorneys for Plaintiff James F. Rigby, Jr., Chapter 7 Trustee of the Bankruptcy Estate of Michael R. Mastro

# EXHIBIT A

**Return Address:**
W. Scott Zanzig
Hall Zanzig Claflin McEachern
1200 Fifth Ave., Suite 1414
Seattle, WA 98101

CONFORMED COPY

**20100423000305**
HALL ZANZIG CL LP    116.00
PAGE-001 OF 005
04/23/2010 10:29

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

| **Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in) |
|---|
| 1. Lis Pendens  2. |
| 3.  4. |

**Reference Number(s) of Documents assigned or released:**

Additional reference #'s on page _____ of document

**Grantor(s)** Exactly as name(s) appear on document
1. TRH Lenders, LLC ,

2. ,

Additional names on page _____ of document.

**Grantee(s)** Exactly as name(s) appear on document
1. James F. Rigby, Jr., Chapter 7 Trustee for bankruptcy estate of Michael R. Mastro ,

2. ,

Additional names on page _____ of document.

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)
Unit 3018, KLEE, a condominium recorded in Vol. 193 of Condominiums, pp. 29-56, inclusive.

Additional legal is on page __4__ of document.

**Assessor's Property Tax Parcel/Account Number**  ☐ Assessor Tax # not yet assigned    3905900550

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

"I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and referred to as an emergency nonstandard document), because this document does not meet margin and formatting requirements. Furthermore, I hereby understand that the recording process may cover up or otherwise obscure some part of the text of the original document as a result of this request."

_____ Signature of Requesting Party

Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements

Honorable Samuel J. Steiner

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

MICHAEL R. MASTRO,

Debtor.

BANKRUPTCY NO. 09-16841 (Ch. 7)

JAMES F. RIGBY, JR., Trustee, solely in his capacity as Chapter 7 trustee of the bankruptcy estate of Michael R. Mastro,

Plaintiff,

v.

THOMAS R. HAZELRIGG, III; SCOTT G. SWITZER and CHERI A. SWITZER, husband and wife, and the marital community composed thereof; CENTURION FINANCIAL GROUP, LLC, a Washington limited liability company; FOUNDATION MANAGEMENT, INC., a Washington corporation; KEN SATO, and his marital

ADVERSARY CASE NO. 10-01134-SJS

LIS PENDENS

LIS PENDENS - 1
Adversary Case No. 10-01134-SJS

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

community; JON ERIC de GOOYER and JANE DOE de GOOYER, husband and wife, and the marital community composed thereof; THOMAS R. HAZELRIGG, IV and JANE DOE HAZELRIGG 1, husband and wife, and the marital community composed thereof; NICOLE HAZELRIGG KELLY and JOHN DOE KELLY, wife and husband, and the marital community composed thereof; AARON J. HAZELRIGG and JANE DOE HAZELRIGG 2, husband and wife, and the marital community composed thereof; DANIELLE SMITH, an unmarried individual; TRH LENDERS, LLC, a Washington limited liability company; ANT ONE, LLC, a Washington limited liability company; MILTON LENDERS, LLC, a Washington limited liability company; CENTURION PACIFIC, LLC, a Delaware limited liability company; CENTURION PROPERTIES, LLC, a New Mexico limited liability company; CENTURION SOUTHWEST, LLC, a Delaware limited liability company; CENTURION BROADBENT, LLC; PACIFIC FUNDING GROUP, LLC, a Washington limited liability company; and REVEST, LLC, a Washington limited liability company,

Defendants.

NOTICE IS HEREBY GIVEN that James F. Rigby, Jr., Chapter 7 Trustee of the bankruptcy estate of Michael R. Mastro ("Trustee"), has commenced

LIS PENDENS - 2
Adversary Case No. 10-01134-SJS

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

an action in the above-entitled court affecting title to the property commonly known as 2701 Western Avenue, Unit 3018, Seattle, Washington 98121, the legal description of which is attached hereto as Exhibit A.

All persons in any manner dealing with the real estate subsequent to the filing hereof will take subject to the rights of the Trustee established in the above-entitled action.

DATED this 23rd day of April, 2010.

HALL ZANZIG CLAFLIN
McEACHERN PLLC

By _____
Spencer Hall, WSB No. 6162
Janet D. McEachern, WSB No. 14450
W. Scott Zanzig, WSB No. 17571

Attorneys for Plaintiff James F. Rigby, Jr., Chapter 7 Trustee of the Bankruptcy Estate of Michael R. Mastro

# EXHIBIT A

Legal Description:

Unit 3018, KLEE, a condominium recorded in Volume 193 of Condominiums, Pages 29 through 56, inclusive, according to the Declaration thereof, recorded September 11, 2003, under King County Recording No. 20030911001068, and any amendments thereto, situate in the County of King, State of Washington.

Assessor's Parcel No.: 3905900550